**Marian Kay WALKER, Appellant,**

v.

**STATE of Florida, Appellee.**

No. 5D15–2325.

District Court of Appeal of Florida, Fifth District.

July 22, 2016.

James S. Purdy, Public Defender, and Kevin R. Holtz, Assistant Public Defender, Daytona Beach, for Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, and Kristen L. Davenport, Assistant Attorney General, Daytona Beach, for Appellee.

PER CURIAM.

Marian Kay Walker appeals her convictions for trafficking in methamphetamine, trafficking in hydrocodone, possession of testosterone, possession of hydromorphone, possession of a firearm with an altered serial number, possession of less than twenty grams of cannabis, and possession of paraphernalia. Because our review of the record reveals that Walker never entered a plea to the charges, we reverse and remand for further proceedings. *See Cole v. State*, 924 So.2d 962, 963 (Fla. 4th DCA 2006) (concluding that adjudicating a defendant guilty on a count to which he did not enter a plea constitutes fundamental error (citing *Johnson v. State*, 710 So.2d 715, 716 (Fla. 1st DCA 1998))).

REVERSED AND REMANDED.

TORPY, BERGER and WALLIS, JJ., concur.